IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:

**HYACINTH BEVERLY MORGAN,**

    DEBTOR.

**CASE NO. 15-10795-PM**

**CHAPTER 13**

### NOTICE OF WITHDRAWAL OF OBJECTION TO PLAN

Notice is hereby given that the Objection to Plan filed on April 1, 2015 as Docket #25, of U.S. Bank National Association, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-9, by Counsel, is hereby Withdrawn Without Prejudice. The Plan was Denied with Leave to Amend on May 19, 2015, rendering the Objection to Plan Moot.

Respectfully submitted,

**SAMUEL I. WHITE, P.C.**

By: **/s/KIMBERLY B. LANE**
Randa S. Azzam, Esquire, Bar No. 22474
John E. Driscoll, Esquire, Bar No. 17161
Robert A. Jones, Esquire, Bar No.18707
Kimberly B. Lane, Esquire, Bar No. 18513
Daniel J. Pesachowitz, Esquire, Bar No. 14906
Deena Reynolds, Esquire, Bar No. 11414
Douglas S. Rubin, Esquire, Bar No. 18644
Samuel I. White, P. C.
611 Rockville Pike,
Suite 100
Rockville, MD 20852
Tel: (301) 804-3400
Fax: (301) 838-1954
kbritt@siwpc.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Withdrawal was served by regular mail or email this 22nd day of May, 2015 on all necessary parties including Nancy Spencer Grigsby, Trustee, 4201 Mitchellville Road Suite 401, Bowie, MD 20716; Steven E. Mirsky, Counsel for Debtor, 1401 Rockville Pike, Suite 650, Rockville, MD 20852; and Hyacinth Beverly Morgan, Debtor, PO Box 2895, Silver Spring, MD 20915.

 **/s/KIMBERLY B. LANE**
Kimberly B. Lane, Esquire
Samuel I. White, P. C.